UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

           Plaintiff,

  v.

STATE OF WASHINGTON,

           Defendant.

CASE NO. C22-5261-RSM

**ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The Court DENIES plaintiff IFP status and DISMISSES the proposed complaint, Dkt. 1, without prejudice in accordance with 28 U.S.C. § 1915(g) and standing bar orders.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

ORDER - 1

DATED this 22nd day of April, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2